PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas DiBenedetto                                      Cr.: 01-3168M-001

Name of Sentencing Judicial Officer: Stanley R. Chesler, U.S.D.J.

Date of Original Sentence: 04/01/02

Original Offense: Misappropriation of Postal Funds, Title 18 U.S.C. § 1711, a Class A Misdemeanor

Original Sentence: Five (5) years probation. Special conditions: mental health treatment, no gambling, financial disclosure and $14,975.13 restitution.

Type of Supervision: Probation                                    Date Supervision Commenced: 04/01/02

Assistant U.S. Attorney: Matthew Boxer                             Defense Attorney: Miles Feinstein, Esq.

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On January 2, 2005, the offender was arrested by the Wayne Township Police and charged with Robbery by Force in violation of N.J.S. 2C: 15-1A and Theft in violation of N.J.S. 2C : 20-3A. According to police reports the offender drove to the Stop and Shop in Wayne, New Jersey, with a passenger named Roberto Gomez. Gomez went into the store while the offender waited with the car running. Gomez ran out of the store in possession eight (8) stolen DVDs with the store security officer in chase. Once Gomez was in the car, the offender sped off while the security guard was holding on to the car. The security officer was dragged a few feet before falling from the car and sustained injuries. On October 27, 2006, the offender pled guilty to one count of Robbery in violation of N.J.S. 2C: 15-1. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 12/04/06

THE COURT ORDERS:

[x] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/11/06
_____
Date